B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**GEORGE LEVIN** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): **9977** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>100 Bay Colony Lane<br>Ft. Lauderdale, Florida | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Broward County, Florida 33308                  ZIP CODE | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>GAYLA SUE LEVIN | Case Number<br>10-27946-JKO | Date |
|---|---|---|
| Relationship<br>WIFE | District<br>SO. DIST. FL., FT. LAUD. | Judge<br>OLSON |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2            **Name of Debtor** George Levin

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Roland G. LaBonte, Trustee_  
Signature of Petitioner or Representative (State title)  
Name of Petitioner: Roland G. LaBonte Revocable Trust   Date Signed: 8/11/10  
Name & Mailing Address of Individual Signing in Representative Capacity:  
Roland G. LaBonte  
Trustee  
195 Regatta Drive  
Jupiter, FL 33477

x _/s/ Paul Joseph McMahon_  08/12/10  
Signature of Attorney   Date  
Name of Attorney Firm (If any): Paul Joseph McMahon, P.A.  
Address: 2840 S.W. Third Avenue, Miami, FL 33129  
Telephone No.: (305) 285-1222

x _/s/ Marilyn P. LaBonte, Trustee_  
Signature of Petitioner or Representative (State title)  
Name of Petitioner: Marilyn P. LaBonte Revocable Trust   Date Signed: 8/11/10  
Name & Mailing Address of Individual Signing in Representative Capacity:  
Roland G. LaBonte  
Trustee  
195 Regatta Drive  
Jupiter, FL 33477

x _/s/ Paul Joseph McMahon_  08/12/10  
Signature of Attorney   Date  
Name of Attorney Firm (If any): Paul Joseph McMahon, P.A.  
Address: 2840 S.W. Third Avenue, Miami, FL 33129  
Telephone No.: (305) 285-1222

x _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner _____ Date Signed _____  
Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney   Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Roland G. LaBonte, Trustee, 195 Regatta Drive, Jupiter, FL 33477 | Guaranty | $500,000 |
| Roland G. LaBonte, Trustee, 195 Regatta Drive, Jupiter, FL 33477 | Guaranty | $1,216,801.76 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor GEORGE LEVIN

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a) |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br>Telephone No. |

| x_____ | x_____ 08/12/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Mildred Selko         08/11/10 | Paul Joseph McMahon, P.A. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 2840 S.W. Third Avenue |
| Name & Mailing Address of Individual   3121 Burgundy Dr. N.<br>Palm Beach Gardens,<br>Signing in Representative Florida 33410<br>Capacity | Address<br>Miami, FL  33129<br>Telephone No.<br><br>(305) 285-1222 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner<br>Mildred Selko<br>3121 Burgundy Dr. N., Palm Beach<br>Gardens, Florida 33410 | Nature of Claim<br>Guaranty | Amount of Claim<br>$968,000.00 |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner<br>*Mildred L. Selko* | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

_____ continuation sheets attached