UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:  Case No.: 10-33696-RBR
Chapter 7 Proceeding

GEORGE LEVIN,

    Debtor.

_____/

### NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, NOVA BANK, AND REQUEST FOR NOTICE

Heather L. Ries, Esq. and Fox Rothschild LLP hereby file this Notice of Appearance on Behalf of Creditor, Nova Bank, and Request for Bankruptcy Notice and state:

1.    Pursuant to Bankruptcy Rule 2002, Heather L. Ries, Esq. and Fox Rothschild LLP request that all notices, pleadings, motions, schedules, amendments thereto, and other papers required to be served on creditors, debtors, trustees or other interested parties (whether served by the Court or any other party) be served on the undersigned; and further that the undersigned be added to the Court's master mailing list.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

WP1 343092v1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to all parties listed below and to all parties on the court's mailing matrix, on this the 23rd day of August, 2010.

FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
561.804.4419 - direct
561.835.9602 – fax

By: _____
Heather L. Ries, Esq.
Florida Bar No. 581933

**Via Electronic Mail To:**

- Paul J McMahon     pjm@pjmlawmiami.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

**Via U.S. Regular Mail To:**

George Levin
100 Bay Colony Ln
Fort Lauderdale, FL 33308

WP1 343092v1